UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
Kathleen Engstrom, et al.

   -V-

Northwest Airlines Corp., et al.
----------------------------------------X

ORDER OF DISMISSAL
FOR LACK OF ACTIVITY
ADOPTING REPORT AND
RECOMMENDATION

CV 08-3456 (JS)(AKT)

APPEARANCES:
For Plaintiffs:
Edward Martz, Esq.
P.O. Box 2012
69 Seaside Av.
Montauk  NY 11954

For Defendants:
Matthew Loesberg, Esq.
McDermott & Radzik
88 Pine St.    #421
New York  NY 10005

SEYBERT, DISTRICT JUDGE:

    The above-captioned case was filed on Aug. 22, 2008. Magistrate Judge A. Kathleen Tomlinson is assigned to the case's pretrial supervision.

    Judge Tomlinson has repeatedly warned plaintiffs' counsel to comply with her discovery orders and appear when scheduled. As a result of his non-compliance, Judge Tomlinson issued a Report and Recommendation (docket entry [18]) on Oct. 1, 2009, that the case be dismissed for failure to prosecute. There has been no objection to this Report and Recommendation, so it is ADOPTED.

    IT IS HEREBY ORDERED that this case be dismissed without prejudice for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to mark the case closed.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:    Central Islip, New York
           Oct. 21, 2009